AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C app §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WOOD, DIANE P | U S Court of Appeals, 7th Cir | 03/22/2010 |

| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 2688 U.S Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604-1818 | Reviewing Officer _____ Date _____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1  Senior Lecturer in Law | The University of Chicago Law School |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

## II. AGREEMENTS. *(Reporting individual only, see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements )*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |
| 3 | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 03/22/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 2009 | University of Chicago Salary (Total) | $26,550.00 |
| 2 | 2009 | West Services, Inc. (Book Royalties) | $5,040.46 |
| 3 | | | |
| 4 | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1 | 2009 | Northwestern Feinberg School of Medicine - Professor of Neurology - Salary |
| 2 | 2009 | Self Employed Health Care Consultant - Expert Neurologist |
| 3 | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children see pp 25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements )*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | American Law Institute (ALI) | 2/21/09-2/23/09 | New York, NY | Int'l Arbitration Conference | T,L,F |
| 2 | ABA Litigation Law Section | 3/5/09-3/6/09 | Tucson, AZ | Insurance CLE Seminar | T,L,F |
| 3 | ABA Antitrust Law Section | 3/25/09 - 3/27/09 | Washington, D C | ABA Antitrust Law Spring Meeting Conference | T,L,F |
| 4 | American Society of Int'l Law (ASIL) | 3/25/09 | Washington, D C. | American Journal of Int'l Law Board Meeting (AJIL) | F |
| 5 | Georgetown University Law Center | 4/2/09-4/3/09 | Washington, D.C | Moot Court Competition | T,L,F |
| 6 | University of Texas Law School | 4/4/09-4/5/09 | Austin, TX | Law Review Assn. Annual Meeting | T,L,F |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 03/22/2010 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | New York University School of Law | 4/16/09-4/18/09 | New York, NY | Lowenfeld Special Tribute & Journal of Private Int'l Law Conference | T,L,F |
| 8. | Center for Women in Law - Univ of Texas School of Law | 4/29/09-5/1/09 | Austin, TX | Women's Power Summit on Law and Leadership | T,L,F |
| 9. | Georgetown University Law Center | 5/20/09 | Washington, D C | Sandra Day O'Connor Project on State of Judiciary | L,F |
| 10. | Humanities Texas, LBJ Library & Museum, Univ of TX College of Liberal Arts | 6/7/09-6/8/09 | Austin, TX | Humanities Texas 2009 Teacher Enrichment Institute | T,L,F |
| 11. | Max Planck Institute for Intellectual Property, Competition & Tax Law | 6/17/09 | Washington, D C. | 4th ASCOLA Conference | T,F |
| 12 | American Law Institute (ALI) | 6/22/09-6/23/09 | Philadelphia, PA | WTO Advisers Meeting | T,L,F |
| 13 | Renaissance Weekend | 7/2/09-7/6/09 | Jackson Hole, WY | Renaissance Weekend Program | L,F |
| 14 | Dwight D Opperman Institute of Judicial Admin - NYU School of Law | 7/12/09-7/13/09 | New York, NY | 2009 New Appellate Judges Seminar | T,L,F |
| 15 | Australian National University (ANU) College of Law | 7/24/09-8/1/09 | Canberra and Sydney, Australia | ANU Lecture and Visit | T,L,F |
| 16. | American Enterprise Institute (AEI) | 9/1/09-9/5/09 | Hamburg, Germany | AEI Transatlantic Law Forum The Business of Law | T,L,F |
| 17 | American Bar Association (ABA) | 9/23/09-9/25/09 | Washington, D C | ABA Commission on Ethics 20/20 Meeting | T,L,F |
| 18 | South Carolina Bar Continuing Legal Education | 9/30/09-10/2/09 | Charleston, SC | SC Women Lawyers Assn.& NC Assn of Women Attorneys Conference | T,L,F |
| 19 | Temple University Beasley School of Law | 10/12/09-10/13/09 | Philadelphia, PA | Adams Lecture in Constitutional Law | T,L,F |
| 20 | OECD | 10/18/09-10/21/09 | Paris, France | OECD Competition Committee-Working Party No. 3 on Cooperation & Enforcement | T,L,F |
| 21 | American Law Institute (ALI) | 10/21/09-10/23/09 | New York, NY | ALI Fall Council Meeting | T,L,F |
| 22 | University of Texas School of Law | 11/2/09 | Austin, TX | Bradford Society Community Fellow Lecture | T,F |
| 23 | Harvard University Law School | 11/16/09-11/17/09 | Cambridge, MA | Ames Moot Court Finals | T,L,F |
| 24 | Southern Methodist University | 11/19/09-11/20/09 | Orlando, FL | 2009 Appellate Judges Education Institute Summit | T,L,F |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 03/22/2010 |

| 25. | University of Texas School of Law | 12/8/09 | Austin, TX | Dean's Forum Luncheon | T,F |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 03/22/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts )*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1 | | |
| 2. | | |
| 3 | | |
| 4 | | |
| 5 | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities )*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3. | | |
| 4 | | |
| 5 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 03/22/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1 Teachers Insurance & Annuity Assn (TIAA) | | None | N | T | | | | | |
| 2 College Retirement Equities Fund (CREF) | | None | N | T | | | | | |
| 3 Harris Bank of Chicago | A | Interest | J | T | N/A | | | | |
| 4 RBS Citizens, N A | A | Interest | J | T | N/A | | | | |
| 5 Chase Bank | A | Interest | M | T | | | | | |
| 6 ADC Telecommunications | A | Dividend | J | T | | | | | |
| 7 Ameriprise 403(b) | | None | L | T | | | | | |
| 8 Avanir Pharmaceuticals | A | Dividend | J | T | | | | | |
| 9 Baird Insured Deposit | A | Interest | K | T | | | | | |
| 10 Bristol Myers | A | Dividend | J | T | | | | | |
| 11 Fastenal | B | Dividend | L | T | | | | | |
| 12. Fidelity NMFF 457(b) | | None | L | T | | | | | |
| 13 Fidelity Northwestern 403(b) | | None | O | T | | | | | |
| 14 FRDXX Fidelity Cash Reserves | C | Interest | L | T | | | | | |
| 15 CLSPX Columbia Mid Cap Growth Cl Z | | None | L | T | | | | | |
| 16 FDVLX Fidelity Value | | None | M | T | | | | | |
| 17 OBHGX Old Mutual Growth Fund Cl Z | | None | L | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5 000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000 000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 03/22/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions )

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div., rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(O-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18 RC2 Corporation | A | Dividend | J | T | | | | | |
| 19 FLPSX Fidelity Low Priced Stock Fund | | None | K | T | | | | | |
| 20 GE | A | Dividend | J | T | | | | | |
| 21. Lake County, IL School District<br>Tax-Exempt Bond | | None | J | T | | | | | |
| 22 Maricopa, AZ Tax-Exempt Bond | | None | J | T | | | | | |
| 23 M & I (Marshall & Ilsley) Bank | A | Interest | K | T | | | | | |
| 24 Multilink Telecommunications | A | Dividend | J | T | | | | | |
| 25 Silverado Gold Fields | A | Dividend | J | T | | | | | |
| 26 Sun Microsystems | A | Dividend | J | T | | | | | |
| 27 W & T Offshore | A | Dividend | J | T | | | | | |
| 28 Walmart de Mexico | A | Dividend | K | T | | | | | |
| 29 Wells Fargo | C | Int /Div | N | T | | | | | |
| 30 Whole Foods | A | Dividend | M | T | | | | | |
| 31 Zimmer Medical Holdings | A | Dividend | J | T | | | | | |
| 32. Rental House, Madison, Dane County,<br>Wisconsin-See Part VIII | E | Rent | N | S | | | | | |
| 33 Rental House, Travis Co , Texas- See Part<br>VIII | D | Rent | M | S | | | | | |

| 1 Income Gain Codes<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q - Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII  Investments and Trusts

NOTE  The TIAA and CREF accounts reported in Part VII are not income-producing  The value of accumulations in each either increases or decreases depending on the market and the amount of premiums paid in.

Line 34. Rental house, Madison, Dane County, Wisconsin  Assessed value for 2009·  $282,300.00

Line 35 Rental house, Travis County, Texas  Assessed value for 2009  $180,460

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to.

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544